STATE OF NEW JERSEY v. WAYNE CAMERON GRENEWICZ.

May 10, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS LEFURGE.

May 10, 1988.

Petition for certification denied.   (See 222 *N.J.Super.* 92)

STATE OF NEW JERSEY v. CHARLES KING.

May 10, 1988.

Petition for certification denied.

ERICA MORRISON v. ROBERT MORRISON.

May 10, 1988.

Petition for certification denied.